**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-6048**

———————————

OFFIE CURTIS BROWN, JR.,

Plaintiff - Appellant,

v.

NC DEPARTMENT OF PUBLIC SAFETY; JOE BIDEN; UNITED STATES DEPARTMENT OF DEFENSE; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; FEDERAL BUREAU OF INVESTIGATION; CRAVEN COUNTY SHERIFF'S DEPARTMENT; CENTRAL PRISON; MAURY CORRECTIONAL INSTITUTION; CHERRY HOSPITAL; NEW BERN POLICE DEPARTMENT; STATE OF NORTH CAROLINA; DORTHEA DIX HOSPITAL; CRAVEN COUNTY JAIL,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-ct-03165-FL)

———————————

Submitted:  June 15, 2023                     Decided:  June 21, 2023

———————————

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Offie Curtis Brown, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Offie Curtis Brown, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Brown v. N.C. Dep't of Pub. Safety*, No. 5:22-ct-03165-FL (E.D.N.C. Nov. 30, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*